In the Matter of the Accounting of FRANK J. KRUPPEN-
BACHER et al., as Trustees under the Will of FREDERICK
ZIEGLER, Deceased, Respondents.

KATIE ZIEGLER et al., Appellants.

Submitted October 6, 1941; decided November 19, 1941.

*Edward A. Alexander* for appellants.

*Ulysses S. Adler* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.